## KENNEDY, administrator, *vs.* REDWINE.

1. The verdict in this case is supported by the evidence.
2. A defendant in *fi. fa.*, as a witness for plaintiff in the trial of a claim case arising under levy of the *fi. fa.*, having testified that the property was given in for taxation by claimant as partnership property of himself and defendant prior to a transfer of it to claimant, there was no error in allowing the claimant to introduce the tax digest to show that the property was in fact given in by him as his own.

CRAWFORD, Justice.

---

## .PURDY *vs.* THE STATE OF GEORGIA.

Under a general power to control the manufacture and sale of spirituous liquors granted by the charter of a municipal corporation, an ordinance was passed requiring the closing of doors of retailers on Sunday and every night at 12 o'clock except Saturday night, then at 11 o'clock, and that the keepers should not permit persons to assemble at their places of business on Sundays, or after the hours at which they were required to close their doors. A retailer was convicted in the mayor's court for permitting persons to assemble at his saloon or grocery on Sunday :

*Held*, that this was no bar to a subsequent prosecution by the state for keeping open a tippling house on Sunday. 35 *Ga.*, 145 ; 53 *Ib.*, 75 ; 59 *Ib.*, 168.

SPEER, Justice.